## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| RODERICK LIPSEY,<br><br>    Petitioner,<br><br>vs.<br><br>JAMES TILTON, et al.,<br><br>    Respondents. | Case No. CV 08-8521-DOC (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the instant Petition and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that a Judgment be entered dismssing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

///

1  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
2  of this Order and the Judgment of this date on petitioner.

4  DATED: 7/2/2009

*David O. Carter*

DAVID O. CARTER
United States District Judge