# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| RODERICK LIPSEY,<br>   Petitioner,<br>vs.<br>JAMES TILTON, et al.,<br>   Respondents. | Case No. CV 08-8521-DOC (JWJ)<br>JUDGMENT |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the instant Petition for Writ of Habeas Corpus with prejudice as barred by the statute of limitations.

DATED: 7/2/2009

_David O. Carter_
DAVID O. CARTER
United States District Judge